
FILED
CLERK, U.S. DISTRICT COURT

OCT ?1 2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. NAM HYUN LEE, DEFENDANT(S). | CASE NUMBER 8:18-cr-00226-JVS ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _November 2_____, 2018_____, at _10:00___ ☒a.m. / ☐p.m. before the Honorable _JOHN D. EARLY_____, in Courtroom _6A_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _10-31-18_____

JOHN D. EARLY
U.S. Judge/Magistrate Judge