Michael Ian Garey
Attorney at Law
714 North Spurgeon St.
Santa Ana, California
92701
E-mail: mig995@aol.com
Tel. 714-834-0950

Attorney for Defendant
Nam Hyun Lee

IN THE UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>NAM HYUN LEE,<br><br>                    Defendant. | Case No. 18-CR-00226-01-JVS<br><br>**EXHIBITS A-F IN SUPPORT OF DEFENDANT NAM HYUN LEE'S POSITION RE: SENTENCING; OBJECTIONS TO PSI REPORT** |

   Defendant Nam Hyun Lee, through counsel, hereby submits the following Exhibits, to attach to his sentencing memorandum.

Dated: December 29, 2020        Respectfully Submitted,

                                /S /

                                _____
                                Michael Ian Garey
                                Attorney for Defendant
                                Nam Hyun Lee

# **TABLE OF CONTENTS**

**EXHIBITS**

EXHIBIT A     U.S. CUSTOMS SEIZURE DOCUMENT............

EXHIBIT B-1   ALTERNATIVE VALUATIONS.................

EXHIBIT B-2   ALTERNATIVE VALUATIONS.................

EXHIBIT C     CERTIFICATES OF FREE SALE.............

EXHIBIT D     LETTERS FROM FAMILY...................

EXHIBIT E     CERTIFICATES OF PARTICIPATION.........

EXHIBIT F     CHEMICAL ANALYSIS....................

i

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT A

U.S. CUSTOMS SEIZURE DOCUMENTS

3150 Tchulahoma Road, Suite 1
Memphis, TN 38118



**U.S. Customs and
Border Protection**

## NOTICE OF SEIZURE AND INFORMATION TO CLAIMANTS
## NON-CAFRA FORM

**CERTIFIED MAIL – RETURN RECEIPT [7014 2120 0002 6740 6446]**

December 20, 2016

S    I
Gardena, CA 90247                *[handwritten: Friendly designation to "Husion Distribution" Inc.]*

Re: Case Number ▇▇▇▇▇▇▇▇▇▇▇▇

Dear Sir/Madam:

This is to notify you that U.S. Customs and Border Protection (CBP) seized the property described below, Airway Bill No: 6635 8410 3180 at the FedEx facility in Memphis, Tennessee on November 23, 2016:

| DESCRIPTION | APPRAISED DOMESTIC VALUE |
|---|---|
| Sildenafil (21.40 Kg) | $53,500.00 Total |

The appraised domestic value of the property is $53,500.00.

The property was seized and is subject to forfeiture under the provisions of Title 19, United States Code (U.S.C.), Section 1595a(c), because an attempt was made to smuggle or clandestinely import prescription medication into the commerce of the United States by falsely declaring the description and/or value on the shipper's manifest contrary to 19 U.S.C. § 1481, § 1484 and Title 19, Code of Federal Regulations (C.F.R.), Part 128. In addition, the property is further subject to the provisions of 21 U.S.C. § 952. 18 U.S.C. § 545 and 21 U.S.C. § 355(a). These laws prohibit the importation of unapproved drugs, meaning the Food and Drug Administration has not approved the foreign source, for consumption or distribution in the United States regardless of the existence of a prescription.

The facts available to CBP indicate that you might have an interest in the seized property. The purpose of this letter is to advise you of the options available to you concerning this seizure. <u>An important document – an "Election of Proceedings" form is enclosed with this letter.</u> You must choose one of the options outlined below, indicate your choice on the "Election of Proceedings" form, and return it and any other necessary documents to

Page 1 of 5                                        (ATT 8-B: Revised November 2014)

LEE_0000087

DEPARTMENT OF HOMELAND SECURITY
CUSTOMS AND BORDER PROTECTION,
APPRAISEMENT OF SEIZED MERCHANDISE

DATE SUBMITTED:    2/13/2017

TEAM NUMBER:  081

PORT CODE: 2720

PLACE OF SEIZURE: INTERNATIONAL MAIL FACILITY

APPRAISING OFFICER: Margaret Davis

REFERRED BY:   CHAIDEZ, HECTOR / CBPO

IPR RECORDATIONS:

COMMENTS: PARCEL # EA259477215HK

| IMPORTER NAME - MAIL SEIZURE NUMBER | ITEM DESCRIPTION AND QUANTITY | ENTER VALUE | APPRAISED VALUE | DOMESTIC VALUE | MSRP | Correct HTSUS # | SEIZING AUTHORITY & VIOLATION |
|---|---|---|---|---|---|---|---|
| DANIEL LEE 8251 LA PALMA AVE. #376 BUENA PARK, CA 90620 | TADALAFIL (POWDER) 2.03 KG. | $10 | | $5.00 per gram $10,150 Total | | 3004.90.9120/Free | 21USC381 19USC 1592 A (C) |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LEE_0000361



U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

## INVENTORY OF EVIDENCE

| CASE NUMBER: | ▮ ▮ ▮ ▮ | SERIAL NO: | 15 - 0385 - 25898 |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

OCI Form 4200



U.S. FOOD AND DRUG ADMINISTRATION
## OFFICE OF CRIMINAL INVESTIGATIONS

**SERIAL NO:**   15 - 0385 - 25898

# INVENTORY OF EVIDENCE

| CASE NUMBER: | ███ ██ ███████ | CASE TITLE: | MIRACLE ZEN |
|---|---|---|---|
| INVENTORY DATE: | 12/02/2016 | INVENTORIED BY: | SA DAVID ASPLING |
| DATE RECEIVED: | 12/01/2016 | SOURCE: | Customs and Border Protection/ IMF |

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 1 | 1 | Box with EMS shipping label, EA259477215HK, addressed to DANIEL LEE, 8251 La Palma Ave., #376, Buena Park, CA 90620, USA, shipped from: RM 225-226 BLKB FOCAL IND CTR 21, MAN LOK ST HUNGHOM KLN HONG KONG, declared as Health products, 2.5 kg, usd 10; containing two colored bags, with pictures of fruit and Chinese language characters; each colored bag containing a clear plastic bag of white powder |

## CHAIN OF CUSTODY

| ITEM #(s) | DATE | ACTION | TRACKING | SIGNATURE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

__ Evidence
__ Custodian
__ Case File
__ Agent Copy

OCI Form 4200

LEE_0000359

**WONG, CALEB J**

| | |
|---|---|
| **From:** | ENG, SHEILA J on behalf of FTIRLALAB |
| **Sent:** | Monday, November 14, 2016 5:27 PM |
| **To:** | WONG, CALEB J |
| **Cc:** | FTIRLALAB; KNIGHT, ROLANDO; VALDIVIA, ARACELI; MENG, HSIANG-HUI; SCHNYDER, PRESTON; LAX-IMF3461; ENG, SHEILA J |
| **Subject:** | RE: Two samples from LAX 11-12-16 |

Dear Officer Wong,

These are the laboratory identifications based on the files submitted under the Field Triage Infrared Reachback (FTIR) Program on November 12, 2016 from the Los Angeles International Mail Facility (Torrance, CA) OFO.

1) Sample ID # EA 2594477215HK 1:

   The material is presumptive identified as a mixture containing Tadalafil.  Tadalafil is an erectile dysfunction (ED) drug. Please handle in accordance with local operating procedures.

2) Sample ID # EA 2594477215HK 2:

   The material is presumptive identified as a mixture containing Tadalafil.  Tadalafil is an erectile dysfunction (ED) drug. Please handle in accordance with local operating procedures.

The spectral data is the same for both samples.

Let me know if you have any questions.

Sheila
-------------------------------------------------------------------------------
**Sheila Eng, PhD**
• Assistant Laboratory Director • LSS-Los Angeles Laboratory
U.S. Customs and Border Protection • Office of Information and Technology
O:███2213 • BB: ███-4425

**From:** WONG, CALEB J
**Sent:** Saturday, November 12, 2016 2:02 PM
**To:** FTIRLALAB <ftirlalab ███████████>
**Subject:** Two samples from LAX 11-12-16

1

LEE_0000358

# DEPARTMENT OF HOMELAND SECURITY

## CUSTODY RECEIPT for
## SEIZED PROPERTY and EVIDENCE

No. 6427347

Handbook 5200-09

| 1. FPF No. | | 2. Incident No. | |
|---|---|---|---|
| 3. Investigative Case No. | | 4. Enforce No. | |
| 5. Prior Detention? Yes ☐ No ☒   If yes, DHS 6051D No. ___ | | 6. Date Seized (mm/dd/yyyy) 12/01/2016 | 7. Time Seized (Use 24 Hrs) 0800 | 8. FDIN/Misc. |
| 9. Seized From: Name: Daniel Lee | | 10. Entry No. EA 259477215 HK | 11. Seal or Other ID Nos. |
| Address: 8251 La Palma Ave. #376 Buena Park, CA 90620 | | 12. Remarks: TOT: FDA | |
| Telephone No. (   )        Ext: | | | |

13. Send Correspondence to: F. P&F. 301 E. Ocean Blvd. Long Beach, CA 90802 ███ 5400

### 14. PROPERTY ( By Line Item) Attach DHS Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 001 | Tadalafil | 1 | BOX | 2.03 | KG | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | | |
|---|---|---|---|
| WONG, Caleb CBPO | x | Caleb Wong | 12/01/2016 |
| Print Name | | Signature | Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 001 | 1 - BOX | S. Carroll / LA Mail | S Carroll | 12/1/16 |
| 001 | 1 - Box | SA David Aspling / EPA/OC | | 12/1/16 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DHS Form 6051A Continuation Sheet Attached?  Yes ☐  No ☐

DHS retains original
Previous editions are obsolete

DHS Form 6051S (08/09)

DEPARTMENT OF HOMELAND SECURITY

**No. 7301059**

## CUSTODY RECEIPT for
## SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. | 2. Incident No. |
|---|---|

| 3. Investigative Case No. | 4. Enforce No. |
|---|---|

| 5. Prior Detention? Yes ☐ No ☒   If yes, DHS 6051D No. | 6. Date Seized (mm/dd/yyyy) 6/13/17 | 7. Time Seized (Use 24 Hrs) 0700 | 8. FDIN/Misc. |
|---|---|---|---|

| 9. Seized From: Name: DANIEL LEE  Address: 8251 LA PALMA AVE #376  BUENA PARK, CA. 90620  Telephone No. (657) 256-7302 Ext: | 10. Entry No. EA272739030HK  12. Remarks: INTL EXPRESS MAIL  TOT: FDA S/A D. Aspling | 11. Seal or Other ID Nos. |
|---|---|---|

13. Send Correspondence to: FP&F 301 E. OCEAN BLVD LONG BEACH, CA. 70802 (562)366-5400

### 14. PROPERTY ( By Line Item) Attach DHS Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 001 | TADALAFIL | 1 | BOX | 1.84 | KG | $ |
|  |  |  |  |  |  | $ |
|  |  |  |  |  |  | $ |
|  |  |  |  |  |  | $ |
|  |  |  |  |  |  | $ |
|  |  |  |  |  |  | $ |

| 15. Seizing Officer | | | |
|---|---|---|---|
| J. PIMENTEL #4645  Print Name | x | Signature | 6/13/17  Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 001 | 1-BOX | S. Carroll / LA Mail | S Carroll | 6/13/17 |
| 001 | 1-Box | D. Aspling / Franco | D June | 6/13/17 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☒
DHS retains original
Previous editions are obsolete

DHS Form 6051S (08/09)

LEE_0000366

# 20950236/21.55 KG SILDENAFIL CITRATE/CN-CA, US/FEDEX/MEMPHIS,TN

## Incident Overview

| | |
|---|---|
| Incident Type | SZ - SEIZURE |
| Title | 20950236/21.55 KG SILDENAFIL CITRATE/CN-CA,US/FEDEX/MEMPHIS,TN |
| Document Number | Draft IN |
| SEACATS Incident Number | 2017SZ000917301 |
| FP&F Case Number | ▮▮▮▮▮▮▮ |
| Occurrence Date and Time | 11/02/2016 03:00 |
| Arrest? | No |
| Indictment? | No |
| Contributing Info Indicator | No |

## Violator Information

| | |
|---|---|
| Violator Type | INDIVIDUAL |
| Suspect Name | |
| Last | LEE |
| First | NAM |
| Middle | HYUN |
| Date of Birth | 03/02/1958 |
| Gender | |
| Gender | M - MALE |
| Race | A - ASIAN |
| Hispanic Indicator | N - NOT OF HISPANIC OR LATINO ORIGIN |
| Citizenship | |
| Country | KR - KOREA, REPUBLIC (SOUTH) |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| ▮▮▮▮▮ | Nam Hyun LEE et al | Not Specified | N/A |

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

LEE_0000610

## Incident Report

# Incident Address

| Address Type | |
|---|---|
| Type | O - OTHER |
| Other | Unknown |
| **Address** | |
| Address | ████████████ |
| City | Fullerton |
| State | CA - CALIFORNIA |
| Postal Code | 92833 |
| Country | US - UNITED STATES |

# Seizure Line Item Statistics

| Incident Line Item Number | 1 |
|---|---|
| Commodity | ODB - OTHER DRUGS,PRESCRIPTIONS,CHEMICALS |
| Unit of Measure | KG - KILOGRAM |
| Quantity | 21.55 |
| Value | 53875 |
| **Seizure Statistic** | |
| Type | SR - SEIZURE - VALUE |
| Date | November 2, 2016 |
| Status | Approved |

| Incident Line Item Number | 2 |
|---|---|
| Commodity | ODB - OTHER DRUGS,PRESCRIPTIONS,CHEMICALS |
| Unit of Measure | GR - GRAM |
| Quantity | 25.1 |
| Value | 62.75 |
| **Seizure Statistic** | |
| Type | SR - SEIZURE - VALUE |
| Date | November 2, 2016 |
| Status | Approved |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| ████████ | Nam Hyun LEE et al | Not Specified | N/A |

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

LEE_0000611

# Incident Report

## Routing Information

| Supervisor | Mark Buenaluz |
|---|---|
| Program Code | 7I2 - NTC CARGO UNIT |
| Program Code | YG1 - INTELLECTUAL PROPERTY RIGHTS |
| Document Notification Level | 1 - TO RECORD OWNER |

## Restrict Visibility

| Groups Visible To | Restricted |
|---|---|

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| ███████ | Nam Hyun LEE et al | Not Specified | N/A |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

LEE_0000612

Incident Report

## Narrative

On 10/30/16, while performing pre-arrival manifest review at the FedEx hub Memphis, TN, CBPO Walls selected a shipment on AWB # 7050 6929 2618 manifested as "Acrylic Paint" for an intensive exam. When the shipment arrived at the Customs and Border Protection exam area it was found to contain an unknown powder. The shipment was tested by utilizing the Smiths Detection HazMatID 360machine as part of the Field Triage Infrared Reachback (FTIR) Program on-site and the liquid was identified as Tadalafil and Sildenafil. HSI Memphis was notified via email and the shipment was held intact. The shipment was seized and controlled on CBP form 6051S # 2017209510023601 and was sealed in the original box Line-1 (Sildenafil Citrate) and bag # A4089702 Line-2 (Tadalafil) and was TOT SPC. Routing: CN-CA, US. Neither the shipper nor consignee contain TECS records. The gross weight of the shipment is 21.55 kg. ***Possible Controlled Delivery***

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| ███████ | Nam Hyun LEE et al | Not Specified | N/A |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

LEE_0000613

## Incident Report

# Metadata

| | |
|---|---|
| **Document Number** | Draft IN |
| **Document Status** | Pending Supervisor Approval |
| **Opened** | 4/17/2017 |
| **Last Updated** | 4/17/2017 |
| **Author** | Loan McIntosh-Rupp<br>1038 - SPECIAL AGENT<br>2134948939 |
| **Owner** | Loan McIntosh-Rupp<br>1038 - SPECIAL AGENT<br>2134948939 |
| **Supervisor** | Mark Buenaluz<br>1043 - SUPERVISORY SPECIAL AGENT<br>8186722311 |

# Case Metadata

| | |
|---|---|
| **Case Title** | Nam Hyun LEE et al |
| **Case Number** | ███████████ |
| **Case Opened** | 3/15/2017 |
| **Case Last Updated** | 3/20/2017 |
| **Approved** | Mark Buenaluz<br>1043 - SUPERVISORY SPECIAL AGENT<br>3/20/2017 |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| ██████ | Nam Hyun LEE et al | Not Specified | N/A |

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

LEE_0000614



LEE_0000615

3150 Tchulahoma Road, Suite 1
Memphis, TN 38118



**U.S. Customs and
Border Protection**

## NOTICE OF SEIZURE AND INFORMATION TO CLAIMANTS
## NON-CAFRA FORM

CERTIFIED RETURN RECEIPT 7014 2120 0002 6740 5647

February 13, 2017

Nam Lee
2045 Hetebrink St.
Fullerton, CA 92833

Re: Case Number: 2017-2095-100236-01

Dear Sir or Madam:

This is to notify you that U.S. Customs and Border Protection (CBP) seized the property described below, Airway Bill No. 7050 6929 2618 at the FedEx facility in Memphis, Tennessee on November 2, 2016:

Sildenafil Citrate (21.55 kg)
Tadalafil (25.10 gram)

The appraised domestic value of the property is $53,875.00.

The property was seized and is subject to forfeiture under the provisions of Title 19, United States Code (U.S.C.), Section 1595a(c), because an attempt was made to smuggle or clandestinely import prescription medication into the commerce of the United States by falsely declaring the description and/or value on the shipper's manifest contrary to 19 U.S.C. § 1481, § 1484 and Title 19, Code of Federal Regulations (C.F.R.), Part 128. In addition, the property is further subject to the provisions of 21 U.S.C. § 952, 18 U.S.C. § 545 and 21 U.S.C. § 355(a). These laws prohibit the importation of unapproved drugs, meaning the Food and Drug Administration has not approved the foreign source, for consumption or distribution in the United States regardless of the existence of a prescription.

The facts available to CBP indicate that you might have an interest in the seized property. The purpose of this letter is to advise you of the options available to you concerning this seizure. An important document – an "Election of Proceedings" form is enclosed with this letter. You must choose one of the options outlined below, indicate your choice on

(ATT 8-B: Revised November 2014)

LEE_0000616

the "Election of Proceedings" form, and return it and any other necessary documents to CBP within the allotted time frame. Should you choose to abandon the property, you must still complete the "Election of Proceedings" form and return it to CBP.

Your options are as follows:

1. **Petition:** You may file a petition with this office within 30 days from the date of this letter in accordance with Title 19, United States Code (U.S.C.), Section 1618 (19 U.S.C. §1618) and Title 19, Code of Federal Regulations (C.F.R.), Sections 171.1 and 171.2 (19 C.F.R. §§ 171.1, 171.2), seeking remission of the forfeiture. The petition does not need to be in any specific form, but it must describe the property involved, identify the date and place of the seizure, include all the facts and circumstances which you believe warrant relief from forfeiture, and must include proof of your interest in or claim to the property. Examples of proof of interest include, but are not limited to a car title, loan agreement, or documentation of the source of funds. If you choose this option, you must check **Box 1** on the "Election of Proceedings" form.

   By completing Box 1 on the "Election of Proceedings" form, you are requesting administrative processing of your case by CBP. You are requesting that CBP refrain from beginning forfeiture proceedings while your petition is pending or that CBP halt administrative forfeiture proceedings, if they have already commenced. However, if CBP has already referred the matter to the U.S. Attorney's Office for the institution of judicial forfeiture proceedings, your petition will be forwarded to the U.S. Attorney for consideration.

   If you are dissatisfied with the petition decision (initial petition or supplemental petition), you will have an additional 60 days from the date of the initial petition decision, or 60 days from the date of the supplemental petition decision, or such other time as specified by the Fines, Penalties and Forfeitures Officer to file a claim to the property, along with the required cost bond, requesting referral of the matter to the U.S. Attorney's Office for judicial action. If you do not act within these time frames, CBP may forfeit the property to the United States as authorized by law.

   At any point prior to the forfeiture of the property, you may request a referral to the U.S. Attorney by filing a claim and cost bond. *Please see section 4 of this letter for information on how to file a claim and cost bond.* If you take such action after filing a petition for relief, your pending petition will be withdrawn from consideration.

2. **Offer in Compromise:** At any time prior to forfeiture, you may file an offer in compromise in accordance with Title 19, U.S.C., Section 1617 (19 U.S.C. § 1617) and Title 19, C.F.R., Sections 161.5 and 171.31 (19 C.F.R. §§ 161.5, 171.31). The offer must specifically state that you are making it under the provisions of 19 U.S.C. § 1617. If you are offering money in settlement of the case, you must include payment (bank draft, cashier's check or certified check, drawn on a U.S. financial institution, and made payable to CBP) in the amount of your offer. CBP may only consider the amount of your offer and will return the full offer if it is

(ATT 8-B: Revised November 2014)
LEE_0000617

rejected. *This option may serve to delay the case.* <u>If you choose this option, you must check **Box 2** on the "Election of Proceedings" form.</u>

If you chose to submit an offer in compromise and are dissatisfied with the offer decision, you will have an additional 30 days from the date of the offer decision to file a claim and bond requesting a referral for judicial action. If you do not act within the additional 30 days, the property may be forfeited to the United States.

You may also request a referral for judicial action at any point prior to the issuance of the offer in compromise decision. *(Please <u>see section 4</u> of this letter for information on how to file a claim and cost bond.)* If you take such action, your petition or offer will be considered to have been withdrawn.

If, upon receipt of your offer, the matter has already been referred to the U.S. Attorney for the institution of judicial forfeiture proceedings, your offer will be forwarded to the United States Attorney for consideration as an offer of settlement in the judicial case, as appropriate.

3. **Abandon:** You may abandon the property or state that you have no claim or interest in it. <u>If you choose this option, you should check **Box 3** on the "Election of Proceedings" form.</u> The Government may proceed with forfeiture proceedings or address claims from other parties concerning the property, without further involving you.

4. **Court Action:** You may request to have this matter referred to the U.S. Attorney for institution of judicial forfeiture proceedings by notifying the office identified in this letter, in writing, that you do not intend to file a petition or offer in compromise with CBP or post the value of the merchandise to obtain its release on payment (see below). <u>If you choose this option, you should check **Box 4** on the "Election of Proceedings" form.</u>

If you chose this option, you must submit to CBP (at the address provided at the end of this letter) a claim and cost bond in the penal sum of $5,000 or 10 percent of the value of the claimed property, whichever is less, but in no case shall the amount of the bond be less than $250.00.

If you file the claim and bond, the case will be referred promptly to the appropriate U.S. Attorney for the institution of judicial proceedings in Federal court to forfeit the seized property in accordance with 19 U.S.C. § 1608 and 19 C.F.R. § 162.47. You may then file a petition for relief with the Department of Justice pursuant to Title 28, Code of Federal Register, Part 9 (28 C.F.R. Pt. 9). Failure to submit a bond with the claim will render the request for judicial proceedings incomplete, and therefore, defective. This means that the case will NOT be referred to the appropriate U.S. Attorney.

(ATT 8-B: Revised November 2014)

LEE_0000618

If you wish the Government to seek judicial forfeiture proceedings but cannot afford to post the bond, you should contact the Fines, Penalties & Forfeitures Officer or Asset Forfeiture Officer of CBP (where applicable) so that CBP can make a determination of your financial ability to pay the bond. If a determination of inability to pay is made, the cost of the bond may be waived in its entirety. The case will be referred promptly and you may then file a petition for relief with the Department of Justice pursuant to 28 C.F.R. Pt. 9.

**Take No Action:** If you choose to do nothing, CBP may seek to forfeit the property. In order to obtain forfeiture, CBP must publish a notice of seizure and intent to forfeit for 30 consecutive days, and after that time the Government acquires full title to the seized property. <u>The first notice will be posted on or about 30 days from the date of this letter.</u>

For property appraised in excess of $5,000, CBP will post notice of seizure and intent to forfeit on the internet at <u>www.forfeiture.gov</u> for 30 consecutive days.

For property appraised at $5000 or less, CBP will post notice of seizure and intent to forfeit in a conspicuous place accessible to the public at the customhouse or Border Patrol sector office (where appropriate) nearest the place of seizure as well as on the internet at <u>www.forfeiture.gov</u> for 30 consecutive days.

**Release on Payment:** If the seized merchandise is not, by law, prohibited from entry into the commerce of the United States, you may, within 30 days of this letter, submit an offer to pay the full appraised domestic value of the seized property accompanied by the full payment (bank draft, cashier's check or certified check, drawn on a U.S. financial institution, and made payable to CBP) or an irrevocable letter of credit in accordance with 19 U.S.C. § 1614 and 19 C.F.R. § 162.44.

If CBP accepts your offer to substitute release of the seized property on payment, the property will be immediately released, and the payment or letter of credit will be substituted for the seized property. <u>You may still submit a petition, offer in compromise, or file a claim and cost bond requesting that the matter be referred to the U.S. Attorney's Office, and you must check the appropriate box on the "Election of Proceedings" form.</u> The decision letter on your offer will provide you with the time frames for those options. If, upon receipt of your offer, the matter has already been referred to the U.S. Attorney's Office for the institution of judicial forfeiture proceedings, your offer will be forwarded to the U.S. Attorney for consideration.

**Holder of a Lien or Security Interest:** If you are a holder of a lien or security interest and you do not file a request for court action (option 4 above), you may avail yourself of any of the other options listed. No relief will be granted to you until after forfeiture, unless your petition, offer or request is accompanied by an agreement to hold the United States, its officers and employees harmless, and a release from the registered owner and/or person from whom the property was seized.

(ATT 8-B: Revised November 2014)

<u>All accompanying documents, including supporting documents, must be in the English language or accompanied by an English language translation and submitted in duplicate.</u>

No matter which box you check on the enclosed "Election of Proceedings" form, you should sign, date and return the form, along with any petition, offer in compromise, or request for judicial forfeiture proceedings if those documents are necessary to support the option you choose.  *If you did not receive this form, please call the telephone number below.*

In addition to the seizure and forfeiture liability, you may be liable for a civil penalty in this matter.  If you are liable for a civil penalty, details on the civil penalty are in the attached letter; or, if not attached, are being prepared and will be mailed shortly.

All correspondence should be addressed to:

U.S. Customs and Border Protection
Fines, Penalties and Forfeiture Office
3150 Tchulahoma Suite 1
Memphis, TN 38118

Should further information be required, contact Paulette Niter in the Fines, Penalties and Forfeitures Office at (901) 544-0614.  Inquiries should reference the case number.

Sincerely,

Monte K. Fulton
Fines, Penalties and Forfeiture Officer

Enclosures:  Election of Proceedings – Non-CAFRA Form

A FALSE STATEMENT OR CLAIM MAY SUBJECT A PERSON TO PROSECUTION UNDER TITLE 18, U.S.C., SECTION 1001 AND/OR 1621, AND MAY BE PUNISHABLE BY A FINE AND IMPRISONMENT

(ATT 8-B: Revised November 2013)   E_0000620

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT B-1

ALTERNATIVE VALUATIONS

**From:** Rick Huang <Service07@uniwisead.com>
**Sent:** Thursday, March 17, 2016 6:50 PM
**To:** Nam Hyun Lee
**Subject:** Re:Info

Hi Daniel,

Good day.
Thanks for your kind mail.
Pls see the price below first:

| No. | Item Description | CAS | Quantity | Packing | Price |
|---|---|---|---|---|---|
| 1 | Tadalafil; 99%, high purity | 171596-29-5 | 5kg | Aluminum Foil Bag | 550$/kg+80$ courier fee |
| 2 | Vardenafil; 99%purity | 224785-91-5 | 1kg | Aluminum Foil Bag | 1500$/kg+40$ courier fee |
| 3 | Sildenafil; 99%purity | 171599-83-0 | 1kg | Aluminum Foil Bag | 250$/kg + 40$ courier fee |
| 5 | Dapoxetine hydrochloride; 99%purity | 129938-20-1 | 1kg | Aluminum Foil Bag | 1150/kg+ 40$ courier fee |

Note:1)Any recommend products? **Avanafil, Acetildenafil, Jinyang base, Adrafinil, Modafinil and Flumazenil.**

2)can you give bank info. also?**Pls see the bank info below:**

Beneficiary: **HANGZHOU UNIWISE INTERNATIONAL CO.,LTD.**

Advising Bank: **BANK OF CHINA ZHEJIANG BRANCH**

Bank Address: **NO 321 FENGQI ROAD HANGZHOU CHINA**

Account No.: **800137981208096014**

SWIFT BIC: **BKCHCNBJ9103**

3)it will be ok?, means more or less for custom. **yes, it's ok and we will do it for you.**

4)company( manufacturer) or resident, which one will be better? **I think both is ok but maybe resident is better.**

We do promise our customer with the one-stop business by safety shipping and service. Let's move forward and do the good cooperation together.

It will be welcomed if your friend and spouse can visit our company.

By the way, my wechat ID is 18968049697.

1

LEE_0009756

Looking forward to your futher requriement .

**If there is anything, please contact us without any hesitation. I'll be more than happy to help you in any way I can.**

**Best regards,**
**Rick Huang（Mr）**

=====================================================

**Hangzhou UNIWISE International Co.,Ltd.**
**Office: No.5 Huyuan 2nd Road, Hutouchen Industrial Zone, Xiaoshan District, Hangzhou, China**

**TEL:** ████████0273

**FAX** ████████0532
**Skype ID:** ████████
**WhatsApp ID** ████████

**E-MAIL: Service07@uniwisead.com**

**we can"t spell  S "U"CCESS  WITHOUT  --- "U"---.**

IMPORTANT NOTE: "HANGZHOU UNIWISE INTERNATIONAL CO.,LTD" IS THE ONE AND ONLY BENEFICIARY NAME FOR PAYMENT, WE UNIWISE WILL NEVER USE ANY PERSONAL BANK ACCOUNT TO COLLECT THE GOODS PAYMENT FOR ANY REASON, PLEASE KINDLY NOTED. THANK YOU.

2016-03-18
------ Original Message ------
**From :** Nam Hyun Lee
**Date :** 2016-03-17 20:48
**Subject :** Re: Western union info
**To :** Rick Huang

Hi,
tada 5,
varde 1,
silde 1'
dapo 1.
Any recommend products?
Incase, can you give bank info. also?
it will be ok?, means more or less for custom.
Shipping information : will send you later.
company( manufacturer) or resident, which one will be better?
SAFETY and PURITY,,
I have a lot of experience, wish good business.

2

My friend is at your town now, do you mind visit you?
My spouse is CHINESE, she will visit you soon.
Thank you,
Daniel Lee.
213-247-3348
We chat ?

2016-03-16 17:50 GMT-07:00 Rick Huang <Service07@uniwisead.com>:

Hi, Daniel,

Good day and thanks for your kind mail.

Small amount is ok. Pls let me konw how many you need and then figure out the cost for you.

Yes, we use western union and pls see the infos below:

**Our Western Union Account:**

**First Name: Sheng**

**Last Name (surname): Guan**

**Sex: Male**

**Address: E-19F Dongqing Building, 52 Qingchun Rd. Hangzhou 310006, China**

Looking forward to your futher requriement.

Best regards,
Rick
2016-03-17

----- **Original Message** -----
**From** : Nam Hyun Lee
**Date** : 2016-03-16 21:54
**Subject** : Re: To Mr Daniel==Quote for Tada,Valde,Silde&Dapo
**To** : 黄振巍

Hi,
I want to try small amount.
Do you have western union info. ?
I have another email address,
namlee1958@gmail.com.
Can you send to news ?
Daniel.

2016-03-14 5:42 GMT-07:00 Nam Hyun Lee <namlee52@gmail.com>:
Hi, Thank you for letter,
I well received,
I am thinking the way that custom clear.
I will contact you soon.
Daniel Lee.
On Mar 14, 2016 12:28 AM, "Rick Huang" <Service07@uniwisead.com> wrote:

3

LEE_0009758

**Dear Mr Daniel,**

Good day and hope you everything is going well.

This is Rick from Uniwise again. We've been talking your purchasing requirement before.

Do you see my quote on 2016-03-08. Is there any problem with the price or lead time.

Just feel free to tell me your thought and I'm willing to try my best to serve you.

Looking forward to hearing from you soon.

**Best regards,**
**Rick Huang（Mr)**
===========================================
**Hangzhou UNIWISE International Co.,Ltd.**
**Office: No.5 Huyuan 2nd Road, Hutouchen Industrial Zone, Xiaoshan District, Hangzhou, China**
**TEL**███████████0273
**FAX**██████████9532
**Skype ID:**███████████
**WhatsApp ID**██████
**E-MAIL:** <u>Service07@uniwisead.com</u>

we can"t spell S "U"CCESS  WITHOUT  --- "U"---.

IMPORTANT NOTE: "HANGZHOU UNIWISE INTERNATIONAL CO.,LTD" IS THE ONE AND ONLY BENEFICIARY NAME FOR PAYMENT, WE UNIWISE WILL NEVER USE ANY PERSONAL BANK ACCOUNT TO COLLECT THE GOODS PAYMENT FOR ANY REASON, PLEASE KINDLY NOTED. THANK YOU.
2016-03-14
----- **Original Message** -----
**From**：黄振嵩
**Date**：2016-03-08 09:35
**Subject**：Re: To Mr Daniel==Quote for Tada,Valde,Silde&Dapo
**To**：<u>Nam Hyun Lee</u>

Hi Daniel, I'm fine thanks and hope you everything is going well.

Regarding to the safe way for passing the customs, We will change the product name on the label and make it esaier to pass the USA customs. We will use FedEx just like we always do.

Pls see the price below first:
Tadalafil 10kg===================465USD/kg+140USD courier fee
Sildenafil 5kg=====================130USD/kg+80USD couurier fee
Dapoxetine hydrochloride 2kg===========1050USD/kg+50USD courier fee
Vardenafil 5KG===================1120USD/kg+80USD courier fee

New and recommend products: **Adrafinil, Modafinil, Flumazenil, Misoprostol, Mifepristone & Minoxidil.**
Those product are hot in recent market.

4

LEE_0009759

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT B-2

ALTERNATIVE VALUATIONS

DEPARTMENT OF HOMELAND SECURITY

## CUSTODY RECEIPT for
## SEIZED PROPERTY and EVIDENCE

**No. 7301067**

Handbook 5200-09

| 1. FPF No. | | 2. Incident No. | |
|---|---|---|---|
| 2 4 1 E 0 2 9 1 0 6 8 1 | | 2 0 1 7 5 2 0 9 1 2 1 1 | |

| 3. Investigative Case No. | 4. Enforce No. |
|---|---|

| 5. Prior Detention? Yes ☐ No ☒ If yes, DHS 6051D No. _____ | 6. Date Seized (mm/dd/yyyy) 6 27 17 | 7. Time Seized (Use 24 Hrs) 0800 | 8. FDIN/Misc. |
|---|---|---|---|

**9. Seized From:**
Name: Florencia Pipiland Remodeling Service
Address: 17720 E. Newburgh St.
Azusa, CA 91702
Telephone No. ( )    Ext:

**10. Entry No.** EA 274 036 351 HK

**11. Seal or Other ID Nos.**

**12. Remarks:** TOT: FDA / F. McMillan

**13. Send Correspondence to:** F, P & F. 301 E. Ocean Blvd. Long Beach, CA 90802 (562) 366-5400

### 14. PROPERTY (By Line-Item) Attach DHS Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 001 | Sildenafil Powder | 1 | Box | 2 | Kgs. | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

**15. Seizing Officer** Print Name: J. PIMENTEL #7647    x Signature    Date: 6 27 17

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 001 | 1-Box | J. Carroll / Mail | Harroll | 6/27/17 |
| 001 | 1-Box | D. Polk / FDA OCC | J-1 | 6/28/17 |
| | | | | |
| | | | | |
| | | | | |

**DHS Form 6051A Continuation Sheet Attached?** Yes ☐ No ☐

DHS retains original
Previous editions are obsolete

DHS Form 6051S (08/09)

Lee_010176

DEPARTMENT OF HOMELAND SECURITY

## CUSTODY RECEIPT for
## SEIZED PROPERTY and EVIDENCE

No. 7301071

Handbook 5200-09

| 1. FPF No. | | | | | | | | | | | | | 2. Incident No. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 0 | 1 | 7 | 2 | 0 | 9 | 4 | 0 | 8 | 9 | 0 | | 2 | 0 | 1 | 7 | 5 | 2 | 0 | 9 | 8 | 6 | 3 | 0 |

| 3. Investigative Case No. | 4. Enforce No. |
|---|---|

| 5. Prior Detention? Yes ☐ No ☒ if yes, DHS 6051D No. | 6. Date Seized (mm/dd/yyyy) 6/27/17 | 7. Time Seized (Use 24 Hrs) 0700 | 8. FDIN/Misc. |
|---|---|---|---|

| 9. Seized From: Name: Florencia Remodeling Service Florencia Pipiland Address: 17720 E. Newburgh St. Azusa, CA 91702 Telephone No. (714) 868-9989 Ext. | 10. Entry No. LK 135203151 HK 11. Seal or Other ID Nos. 12. Remarks: TOT: FDA/ |
|---|---|

13. Send Correspondence to: F, P & F 301 E. Ocean Blvd. Long Beach, CA 90802 (562)366-5400

14. PROPERTY ( By Line Item, Attach DHS Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | c. Packages Type | d. Measurements Qty. | d. Measurements UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 001 | Sildenafil Powder | 1 | Box | NET 1 Kg | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | |
|---|---|---|
| S. Carroll Print Name | x Harrell Signature | 6/27/17 Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 001 | 1 - BOX | M. Rodriguez / LA Mail | M Rodriguez | 6/27/17 |
| 001 | 1 - Box | D. Polk / FDA OCI | | 6/28/17 |

DHS Form 6051A Continuation Sheet Attached?   Yes ☐   No ☐

DHS retains original
Previous editions are obsolete

DHS Form 6051S (08/09)

Lee_010177

DEPARTMENT OF HOMELAND SECURITY

## CUSTODY RECEIPT for
## SEIZED PROPERTY and EVIDENCE

No. 7301076

Handbook 5200-09

| 1. FPF No. |
|---|
| 3 0 1 7 7 2 0 1 7 1 0 6 7 1 |

**2. Incident No.**
3 0 1 7 7 2 0 0 9 6 5 3 0 1

**3. Investigative Case No.**

**4. Enforce No.**

**5. Prior Detention?**
Yes ☐  No ☒  If yes, DHS 6051D No._____

**6. Date Seized (mm/dd/yyyy)** 7 15 17

**7. Time Seized (Use 24 Hrs)** 0930

**8. FDIN/Misc.**

**9. Seized From:**
Name: Nguyen Pho
Address: 7902 13th St.
Westminster, CA 92633
Telephone No. (714) 212-7531  Ext:

**10. Entry No.** RT 263350037HK

**11. Seal or Other ID Nos.**

**12. Remarks:** TCT FDA /

**13. Send Correspondence to:**
F P & F 301 E Ocean Blvd, Long Beach, CA 90802 (562) 366-5400

### 14. PROPERTY ( By Line/Item) Attach DHS Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 001 | Tadalafil Powder | 1 | Box | 1 | Kg | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

**15. Seizing Officer**
CBPO R. Menendez   **x**   _signature_   7 15 17
Print Name                Signature          Date

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 001 | 1-Box | Carroll / Mail LA | Carroll | 7/5/17 |
| 001 | 1-Box | D. Alk / FDA | | 7/5/17 |
| | | | | |
| | | | | |

DHS Form 6051A Continuation Sheet Attached?  Yes ☐  No ☐

DHS retains original
Previous editions are obsolete

DHS Form 6051S (08/09)

Lee_010178

605 W 4th Avenue, Suite 230
Anchorage, AK 99501



**U.S. Customs and
Border Protection**

NOTICE OF SEIZURE AND INFORMATION TO CLAIMANTS
NON-CAFRA FORM

CERTIFIED - RETURN RECEIPT REQUESTED 7016 1370 0000 2492 5351

**MAY 1 4 2018**

CB Enterprise
2239 W. Lincoln St.
Long Beach, CA 90810

Re: Case Number 2018 3195 000 253 01

Dear Sir/Madam:

This is to notify you that U.S. Customs and Border Protection (CBP) seized the property
described below at the Anchorage, Alaska, Federal Express Facility on May 9, 2018:

10.75 Kilograms of Tadalafil.

The appraised domestic value of the property is $5,375.00.

The property was seized and is subject to forfeiture under the provisions of 19 U.S.C. 1595a(c),
18 U.S.C. 545, and 19 U.S.C. 1499; Falsely manifested and invoiced.

The facts available to CBP indicate that you might have an interest in the seized property. The
purpose of this letter is to advise you of the options available to you concerning this seizure. An
important document – an "Election of Proceedings" form is enclosed with this letter. You must
choose one of the options outlined below, indicate your choice on the "Election of Proceedings"
form, and return it and any other necessary documents to CBP within the allotted time frame.
Should you choose to abandon the property, you must still complete the "Election of
Proceedings" form and return it to CBP.

(AFI 8-F: Revised November 2014)

Lee_010179

Your options are as follows:

1. **Petition:** You may file a petition with this office within 30 days from the date of this letter in accordance with Title 19, United States Code (U.S.C.), Section 1618 (19 U.S.C. §1618) and Title 19, Code of Federal Regulations (C.F.R.), Sections 171.1 and 171.2 (19 C.F.R. §§ 171.1, 171.2), seeking remission of the forfeiture. The petition does not need to be in any specific form, but it must describe the property involved, identify the date and place of the seizure, include all the facts and circumstances which you believe warrant relief from forfeiture, and must include proof of your interest in or claim to the property. Examples of proof of interest include, but are not limited to a car title, loan agreement, or documentation of the source of funds. If you choose this option, you must check **Box 1** on the "Election of Proceedings" form.

By completing Box 1 on the "Election of Proceedings" form, you are requesting administrative processing of your case by CBP. You are requesting that CBP refrain from beginning forfeiture proceedings while your petition is pending or that CBP halt administrative forfeiture proceedings, if they have already commenced. However, if CBP has already referred the matter to the U.S. Attorney's Office for the institution of judicial forfeiture proceedings, your petition will be forwarded to the U.S. Attorney for consideration.

If you are dissatisfied with the petition decision (initial petition or supplemental petition), you will have an additional 60 days from the date of the initial petition decision, or 60 days from the date of the supplemental petition decision, or such other time as specified by the Fines, Penalties and Forfeitures Officer to file a claim to the property, along with the required cost bond, requesting referral of the matter to the U.S. Attorney's Office for judicial action. If you do not act within these time frames, CBP may forfeit the property to the United States as authorized by law.

At any point prior to the forfeiture of the property, you may request a referral to the U.S. Attorney by filing a claim and cost bond. *Please see section 4 of this letter for information on how to file a claim and cost bond.* If you take such action after filing a petition for relief, your pending petition will be withdrawn from consideration.

2. **Offer in Compromise:** At any time prior to forfeiture, you may file an offer in compromise in accordance with Title 19, U.S.C., Section 1617 (19 U.S.C. § 1617) and Title 19, C.F.R., Sections 161.5 and 171.31 (19 C.F.R. §§ 161.5, 171.31). The offer must specifically state that you are making it under the provisions of 19 U.S.C. § 1617. If you are offering money in settlement of the case, you must include payment (bank draft, cashier's check or certified check, drawn on a U.S. financial institution, and made payable to CBP) in the amount of your offer. CBP may only consider the amount of your offer and will return the full offer if it is rejected. *This option may serve to delay the case.* If you choose this option, you must check **Box 2** on the "Election of Proceedings" form.

If you chose to submit an offer in compromise and are dissatisfied with the offer decision, you will have an additional 30 days from the date of the offer decision to file a claim and

(ATT 8-F: Revised November 2014)

Lee_010180

**ELECTION OF PROCEEDINGS – NON-CAFRA FORM**

NOTE: PLEASE READ THE LETTER NOTICE OF SEIZURE AND INFORMATION FOR
CLAIMANTS BEFORE YOU FILL OUT THIS FORM. THIS FORM SHOULD BE COMPLETED AND
RETURNED TO U.S. CUSTOMS AND BORDER PROTECTION (CBP) AT 605 W. 4th Avenue, Ste.
230, Anchorage, AK 99501.

I understand that property in which I have an interest has been seized by U.S. Customs and Border
Protection (CBP) under Case Number **2018 3195 000 253 01.**

Check ONLY ONE of the five following choices:

☐ 1. **I REQUEST THAT CBP CONSIDER MY PETITION ADMINISTRATIVELY BEFORE
FORFEITURE PROCEEDINGS ARE INITIATED.** My petition is attached. By making this
request, I understand that I am giving up my right to (1) immediately begin administrative
forfeiture proceedings, as provided by 19 U.S.C. § 1607 and 19 C.F.R. § 162.45, or (2) have the
case immediately referred to the U.S. Attorney for court action, as provided by 19 U.S.C. § 1608
and 19 C.F.R. § 162.47. If administrative forfeiture has begun, it will be stopped until my petition
is considered. However, I understand that *at any time* I can request, in writing, that you begin
administrative forfeiture proceedings, and you will continue to consider my petition. I also
understand that *at any time* I can file a claim and bond with CBP and CBP's consideration of my
petition will stop and the case will be sent to the U.S. Attorney's Office for court action.

☐ 2. **I REQUEST THAT CBP CONSIDER MY OFFER IN COMPROMISE
ADMINISTRATIVELY BEFORE FORFEITURE PROCEEDINGS ARE INITIATED.** My
offer is attached. By making this request, I understand that I am giving up my right to (1)
immediately begin administrative forfeiture proceedings, as provided by 19 U.S.C. § 1607 and 19
C.F.R. § 162.45, or (2) have the case immediately referred to the U.S. Attorney for court action, as
provided by 19 U.S.C. § 1608 and 19 C.F.R. § 162.47. If administrative forfeiture has begun, it
will be stopped until my offer is considered. However, I understand that *while my offer is under
consideration* I can request, in writing, that CBP begin administrative forfeiture proceedings, and
CBP will continue to consider my offer. I also understand that *while my offer is under
consideration* I can file a claim and cost bond with CBP and CBP's consideration of my offer will
stop and the case will be sent to the U.S. Attorney's Office for court action.

3. **I ABANDON THE PROPERTY AND I REQUEST THAT CBP BEGIN ADMINISTRATIVE
PROCEEDINGS TO FORFEIT THE PROPERTY.** Please immediately begin publication of
the notice of seizure and intent to forfeit. I abandon any claim or interest in the property.

☐ 4. **I REQUEST THAT CBP SEND MY CASE FOR COURT ACTION.** Please immediately refer
the case to the U.S. Attorney's Office for the institution of judicial forfeiture proceedings. I am
filing will file a claim and bond with CBP.

5. **I REQUEST THAT CBP BEGIN ADMINISTRATIVE PROCEEDINGS TO FORFEIT THE
PROPERTY.** Please immediately begin publication of the notice of seizure and intent to forfeit
the property, and consider any petition or offer in compromise which I may timely file. I
understand that within thirty (30) days of the first publication of the notice, I can request that CBP
send the case to the U.S. Attorney's Office for institution of judicial forfeiture proceedings.

_____                                   _____
Name (Print)                                              Date


_____
Signature

Page 1 of 1                                               (AI 1 8-C: Revised November 2014)

Lee_010181

## 송금 영수증
Tel: (213) 880-8949 / (213) 507-6828

| 송금액 | 수령액 | Fee |
|---|---|---|
| $10,000 | ₩ 1060 만원 | $ |

| 보내는 분 (송금인) | 이름 이 남현 | |
| | 전화번호 213-247-3340 | |

| 받는 분 (예금주) | 이름 금강인쇄 (주) | |
| | 은행이름 중소기업은행 | |
| | 계좌번호 034-000494-04-019 | |

| 송금인 서명 | 날짜 5-22-2015 |

## 송금 영수증
Tel: (213) 880-8949 / (213) 507-6828

| 송금액 | 수령액 | Fee |
|---|---|---|
| $13,000 | ₩ 1500 만원 | $ |

| 보내는 분 (송금인) | 이름 Daniel Lee | |
| | 전화번호 213 247 3340 | |

| 받는 분 (예금주) | 이름 이 영희 | |
| | 은행이름 국민은행 | |
| | 계좌번호 434725-01-045204 | |

| 송금인 서명 | 날짜 10-1-2015 |

## 송금 영수증
Tel: (213) 880-8949 / (213) 507-6828

| 송금액 | 수령액 | Fee |
|---|---|---|
| $12,000 | ₩ 10,850,000 | $ |

| 보내는 분 (송금인) | 이름 이 남현 | |
| | 전화번호 213-247-3348 | |

| 받는 분 (예금주) | 이름 금강인쇄(주) | |
| | 은행이름 중소기업은행 | |
| | 계좌번호 034-000494-04-019 | |

| 송금인 서명 | 날짜 3-14-2015 |

## 송금 영수증
Tel: (213) 880-8949 / (213) 507-6828

| 송금액 | 수령액 | Fee |
|---|---|---|
| $11,880 | ₩ 12,890,000 | $ |

| 보내는 분 (송금인) | 이름 이 남현 | |
| | 전화번호 213-247-3340 | |

| 받는 분 (예금주) | 이름 금강인쇄 (주) | |
| | 은행이름 중소기업은행 | |
| | 계좌번호 034-000494-04-019 | |

| 송금인 서명 Lee 010182 | 날짜 3-21-2015 |



# 株洲远成合中科技发展有限公司
## Zhuzhou Yuancheng Hezhong Technology Development Co., Ltd
TianTai Rd, Tianyuan District, Zhuzhou City, Hunan Province, P.R.China.
Tel: +86073189571356  Cel: +8618188938015  Email: cx06@yccreate.com

远成合中
YuanChengHezhong

| Zhuzhou Yuancheng Hezhong Technology Development Co., Ltd
Huangshan Rd, Tianyuan District, Zhuzhou City, Hunan Province, P.R.China. (Post code:412000)
Tel: +86073189571356
Cel: +8618188938015 | | | | |
|---|---|---|---|---|
| **Consignee: Tuyet Diem Nguyen**
Add: 5825 Lincoln Ave ste D #609,Cypress, California,USA  Post code:90630
Tel: +1 4581648751 | | | Date | April.18rd, 2018 |
| | | | Invoice No. | YCHZC180408 |
| | | | Destination Port | USA |

| SL.No | Product Name | Quantities (kg) | Unit Amount (USD/kg) | Total Amount (USD) |
|---|---|---|---|---|
| 1 | S | 100kg | 90 | 9000 |
| 2 | T | 30kg | 450 | 13500 |
| | Total FOB Amount | | | 22500 |

Total Amount: Say US Dollars Twenty-two thousand and five hundred ONLY
Payment terms: Banktransfer
Shipment Date: Within 5-7 workdays after confirmation of your payment.
Details for Banktransfer:
Card number(卡号)：6228450058041256672
Household name(户名)：叶传发
Account Bank(开户行)：中国农业银行股份有限公司武汉梅苑支行

Lee_010189

EXHIBIT C

CERTIFICATES OF FREE SALE



Certificate Unique ID: UHQX-YRM5

## CERTIFICATE OF FREE SALE

1. Pursuant to the Provisions of Rule 44 of the Federal Rules of Civil Procedure, I hereby certify that the attached letter (and product list, if applicable), as described below, is a true copy of material on file in the Food and Drug Administration, Department of Health and Human Services and is a part of the official records of said Administration and Department.

Attachment Dated:
February 27, 2018
To Whom it May Concern
Regarding:
RHINO 7 Platinum 5000 (750mg)

Hasim Enterprise, 5241 Lincoln Ave Ste B6, Cypress, CA 90630

2. In witness whereof, I have pursuant to the provisions of Title 42, United States Code, Section 3505, and the authority delegated by the Commissioner of Food and Drugs, hereto set my hand and cause the seal of the Department of Health and Human Services to be affixed this  27th day of February, 2018.

Robert J. Durkin

Robert Durkin, Esq., M.S., R.Ph.
Deputy Director, Office of Dietary Supplement Programs
Center for Food Safety and Applied Nutrition
U.S. Food and Drug Administration
By direction of the Secretary of Health and Human Services



THIS CERTIFICATE EXPIRES: February 27, 2020.



**U.S. FOOD & DRUG**
ADMINISTRATION
CENTER FOR FOOD SAFETY & APPLIED NUTRITION

Certificate Unique ID: UHQX-YRM5

February 27, 2018

TO WHOM IT MAY CONCERN:

We have reviewed correspondence on behalf of:

Hasim Enterprise
5241 Lincoln Ave Ste B6
Cypress, CA 90630

concerning the status of:

### RHINO 7 Platinum 5000 (750mg)

This product is regulated by the Food and Drug Administration (FDA) pursuant to the requirements of the Federal Food, Drug, and Cosmetic Act (FD&C Act) and the Fair Packaging and Labeling Act (FPLA) and other related laws.

The Food and Drug Administration does not have statutory authority to approve any food or any food manufacturer or distributor of such products.

The above referenced product is under the jurisdiction of the Food and Drug Administration which has primary responsibility for the administration and enforcement of the FD&C Act and the FPLA and other related laws. We have not examined the specific product being offered for export or reviewed the label. Under the FD&C Act, such a product may be exported if:

> 1. It is not adulterated or misbranded and it meets the other requirements of the FD&C Act for marketing in the U.S.; or

> 2. It cannot be lawfully marketed in the U.S. but meets the requirements of section 801(e) of the FD&C Act (21 U.S.C. 381(e)).

Sincerely yours,

Robert J. Durkin

Robert Durkin, Esq., M.S., R.Ph.
Deputy Director
Office of Dietary Supplement Programs
Center for Food Safety and Applied Nutrition
U.S. Food and Drug Administration

LEE_0000385

6/14/2018                          https://www.access.fda.gov/cap/print-flow.htm?execution=e11s4

Form Approved: OMB No. 0910-0793; Expiration Date: 5/31/2018

| Department of Health and Human Services<br>Food and Drug Administration<br>Center for Food Safety and Applied Nutrition | FOOD EXPORT CERTIFICATE APPLICATION | Date:<br>02/22/2018 18:06:47 |
|---|---|---|

### 1. Food Manufacturer Information

| Manufacturer name: **Hasim Enterprise** | Doing business as name *(If other than "Manufacturer name" to left, and you wish this name to appear on the export certificate)*: |
|---|---|

| State License/Registration number: **14700975678** | Address: **5241 Lincoln Ave** | | |
|---|---|---|---|
| Contact person name: Daniel Lee | | | |
| Contact phone/fax:  1 909 2724184 | City:<br>**Cypress** | State or Province: **CA** | ZIP/postal code: **90630** |
| Contact email: daleesupply@gmail.com | Country:  **US** | | |

### 2. Exporting Company Information (if applicable)

| Export company name: | | |
|---|---|---|
| State License/Registration number: | Address: | |
| Contact person name: | City: | State or Province: | ZIP/postal code: |
| Contact phone/fax or email: | Country: | |

### 3. Shipment Description

| Product | Common Name | Manufacturer | Description/Comments |
|---|---|---|---|
| RHINO 69 Platinum 9000 | | Hasim Enterprise | 750mg |

### 4. Intended Destination of Shipment (Country)

Name of country: [CHINA, UNITED STATES]

### 5. Send Certificate To  ✔ Manufacturer     Distributor     Other *(provide the following information)*

| Firm name: | Address: | | |
|---|---|---|---|
| | City: | State: | ZIP/postal code: |
| Contact person name: | Country: | | |

### 6. Send Certificate Via

| Carrier name *(U.S. Mail, FedEx, etc.)*: US Mail | Account Number *(If applicable)*: |
|---|---|

### 7. Fees

| **Fees are $0 per certificate, and will be billed upon receipt of this application.** | Copies of certificate:  __1__ X __0__  =  Total $ .00<br>                              Number      Fee/copy |
|---|---|

### 8. Label(s): *Attach an original or an electronic copy of any applicable product label(s). A fax copy is acceptable only if it is readable.*

1519340789587_Rhino 69 PL 9000.pdf

### 9. Verification

The undersigned verifies that all ingredients are approved for use by FDA or appear on the GRAS list, and each product is intended for human consumption and is available for sale in the U.S. without restriction.

| Signature:<br>✔ I Agree. | Name and Title:<br>Manager Daniel Lee | Date:<br>02/22/2018 18:06:47 |
|---|---|---|

**FORM FDA 3613e (3/12)**

LEE_0000386





LEE_0000388



Certificate Unique ID: PZXW-35M2

## CERTIFICATE OF FREE SALE

1. Pursuant to the Provisions of Rule 44 of the Federal Rules of Civil Procedure, I hereby certify that the attached letter (and product list, if applicable), as described below, is a true copy of material on file in the Food and Drug Administration, Department of Health and Human Services and is a part of the official records of said Administration and Department.

Attachment Dated:
February 27, 2018
To Whom it May Concern
Regarding:
RHINO 69 Platinum 9000 (750mg)

Hasim Enterprise, 5241 Lincoln Ave, Cypress, CA 90630

2. In witness whereof, I have pursuant to the provisions of Title 42, United States Code, Section 3505, and the authority delegated by the Commissioner of Food and Drugs, hereto set my hand and cause the seal of the Department of Health and Human Services to be affixed this  27th day of February, 2018.

*Robert J. Durkin*

Robert Durkin, Esq., M.S., R.Ph.
Deputy Director, Office of Dietary Supplement Programs
Center for Food Safety and Applied Nutrition
U.S. Food and Drug Administration
By direction of the Secretary of Health and Human Services



THIS CERTIFICATE EXPIRES: February 27, 2020.

LEE_0000389



Certificate Unique ID: PZXW-35M2

February 27, 2018

TO WHOM IT MAY CONCERN:

We have reviewed correspondence on behalf of:

Hasim Enterprise
5241 Lincoln Ave
Cypress, CA 90630

concerning the status of:

### RHINO 69 Platinum 9000 (750mg)

This product is regulated by the Food and Drug Administration (FDA) pursuant to the requirements of the Federal Food, Drug, and Cosmetic Act (FD&C Act) and the Fair Packaging and Labeling Act (FPLA) and other related laws.

The Food and Drug Administration does not have statutory authority to approve any food or any food manufacturer or distributor of such products.

The above referenced product is under the jurisdiction of the Food and Drug Administration which has primary responsibility for the administration and enforcement of the FD&C Act and the FPLA and other related laws. We have not examined the specific product being offered for export or reviewed the label. Under the FD&C Act, such a product may be exported if:

　　1. It is not adulterated or misbranded and it meets the other requirements of the FD&C Act for marketing in the U.S.; or

　　2. It cannot be lawfully marketed in the U.S. but meets the requirements of section 801(e) of the FD&C Act (21 U.S.C. 381(e)).

　　　　　　　　Sincerely yours,

　　　　　　　　Robert Durkin, Esq., M.S., R.Ph.
　　　　　　　　Deputy Director
　　　　　　　　Office of Dietary Supplement Programs
　　　　　　　　Center for Food Safety and Applied Nutrition
　　　　　　　　U.S. Food and Drug Administration

LEE_0000390



**U.S. FOOD & DRUG**
ADMINISTRATION
CENTER FOR FOOD SAFETY & APPLIED NUTRITION

Certificate Unique ID: UHQX-YRM5

## CERTIFICATE OF FREE SALE

1. Pursuant to the Provisions of Rule 44 of the Federal Rules of Civil Procedure, I hereby certify that the attached letter (and product list, if applicable), as described below, is a true copy of material on file in the Food and Drug Administration, Department of Health and Human Services and is a part of the official records of said Administration and Department.

Attachment Dated:
February 27, 2018
To Whom It May Concern
Regarding:
RHINO 7 Platinum 5000 (750mg)

Hasim Enterprise, 5241 Lincoln Ave Ste B6, Cypress, CA 90630

2. In witness whereof, I have pursuant to the provisions of Title 42, United States Code, Section 3505, and the authority delegated by the Commissioner of Food and Drugs, hereto set my hand and cause the seal of the Department of Health and Human Services to be affixed this  27th day of February, 2018.

Robert J. Durkin

Robert Durkin, Esq., M.S., R.Ph.
Deputy Director, Office of Dietary Supplement Programs
Center for Food Safety and Applied Nutrition
U.S. Food and Drug Administration
By direction of the Secretary of Health and Human Services

THIS CERTIFICATE EXPIRES: February 27, 2020.



& DRUG

35M2

## CERTIFICATE OF FREE SALE

of Rule 44 of the Federal Rules of Civil Procedure, I hereby certify that the if applicable), as described below, is a true copy of material on file in the Department of Health and Human Services and is a part of the official and Department.

Attachment Dated:
February 27, 2018
To Whom it May Concern
Regarding:
RHINO 69 Platinum 9000 (750mg)

coln Ave, Cypress, CA 90630

pursuant to the provisions of Title 42, United States Code, Section 3505, by the Commissioner of Food and Drugs, hereto set my hand and cause the and Human Services to be affixed this 27th day of February, 2018.

Robert J. Durkin, Esq., M.S., R.Ph.
Deputy Director, Office of Dietary Supplement Programs
Center for Food Safety and Applied Nutrition
U.S. Food and Drug Administration
By direction of the Secretary of Health and Human Services

THIS                                         27, 2020.

LEE_0000409



**U.S. FOOD & DRUG**
ADMINISTRATION

Certificate Unique ID:

**CERTIFICATE OF FREE SALE**

1. Pursuant to
attached
Food and Dr
records of



Certificate Unique ID: 9DPJ-CB26

## CERTIFICATE OF FREE SALE

1. Pursuant to the Provisions of Rule 44 of the Federal Rules of Civil Procedure, I hereby certify that the attached letter (and product list, if applicable), as described below, is a true copy of material on file in the Food and Drug Administration, Department of Health and Human Services and is a part of the official records of said Administration and Department.

Attachment Dated:
May 11, 2018
To Whom it May Concern
Regarding:
Black Stallion 111K (750mg)

Hasim Enterprise, 5241 Lincoln Ave, Cypress, CA 90630

2. In witness whereof, I have pursuant to the provisions of Title 42, United States Code, Section 3505, and the authority delegated by the Commissioner of Food and Drugs, hereto set my hand and cause the seal of the Department of Health and Human Services to be affixed this  11th day of May, 2018.

*Robert J. Durkin*

Robert Durkin, Esq., M.S., R.Ph.
Deputy Director, Office of Dietary Supplement Programs
Center for Food Safety and Applied Nutrition
U.S. Food and Drug Administration
By direction of the Secretary of Health and Human Services



THIS CERTIFICATE EXPIRES: May 11, 2020.



Certificate Unique ID: AJH2-VWZ3

## CERTIFICATE OF FREE SALE

1. Pursuant to the Provisions of Rule 44 of the Federal Rules of Civil Procedure, I hereby certify that the attached letter (and product list, if applicable), as described below, is a true copy of material on file in the Food and Drug Administration, Department of Health and Human Services and is a part of the official records of said Administration and Department.

Attachment Dated:
May 11, 2018
To Whom it May Concern
Regarding:
JAGUAR 111K (750mg)

Hasim Enterprise, 5241 Lincoln Ave, Cypress, CA 90630

2. In witness whereof, I have pursuant to the provisions of Title 42, United States Code, Section 3505, and the authority delegated by the Commissioner of Food and Drugs, hereto set my hand and cause the seal of the Department of Health and Human Services to be affixed this  11th day of May, 2018.

Robert J. Durkin

Robert Durkin, Esq., M.S., R.Ph.
Deputy Director, Office of Dietary Supplement Programs
Center for Food Safety and Applied Nutrition
U.S. Food and Drug Administration
By direction of the Secretary of Health and Human Services



THIS CERTIFICATE EXPIRES: May 11, 2020.



Certificate Unique ID: BED8-6YPB

## CERTIFICATE OF FREE SALE

1. Pursuant to the Provisions of Rule 44 of the Federal Rules of Civil Procedure, I hereby certify that the attached letter (and product list, if applicable), as described below, is a true copy of material on file in the Food and Drug Administration, Department of Health and Human Services and is a part of the official records of said Administration and Department.

Attachment Dated:
February 27, 2018
To Whom it May Concern
Regarding:
RHINO 12 Titanium 6000 (750mg)

Hasim Enterprise, 5241 Lincoln Ave, Cypress, CA 90630

2. In witness whereof, I have pursuant to the provisions of Title 42, United States Code, Section 3505, and the authority delegated by the Commissioner of Food and Drugs, hereto set my hand and cause the seal of the Department of Health and Human Services to be affixed this 27th day of February, 2018.

Robert J. Durkin

Robert Durkin, Esq., M.S., R.Ph.
Deputy Director, Office of Dietary Supplement Programs
Center for Food Safety and Applied Nutrition
U.S. Food and Drug Administration
By direction of the Secretary of Health and Human Services



THIS CERTIFICATE EXPIRES: February 27, 2020.

Lee_010267



**HASIM DISTRIBUTION, INC.**
8251 LA PALMA AVE., #376
BUENA PARK, CA  90630
hasimdistribution1@gmail.com

# Invoice

| BILL TO | SHIP TO |
|---|---|
| MR RAJESH CHABBRA | MR RAJESH CHABBRA |
| GEMCO DISTRIBUTOR | GEMCO DISTRIBUTOR |
| 647 TULLY ROAD SUIT#5 | 647 TULLY ROAD SUIT#5 |
| SAN JOSE, CA  95111 USA | SAN JOSE, CA  95111 USA |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 50181 | 02/23/2017 | $8,467.50 | 02/23/2017 | CREDIT CARD | |

**SALES REP**
Darashikoh

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **R699K3DT**<br>RHINO 69 9000 3D TUBE (20 COUNT) | 200 | 1.00 | 200.00 |
| **R6912K3DT**<br>RHINO 69 12000 3D TUBE (20 COUNT) | 200 | 1.00 | 200.00 |
| **R712K3DT**<br>RHINO 7 12000 3D TUBE (20 COUNT) | 200 | 1.00 | 200.00 |
| **R88K3DT**<br>RHINO 8 8000 3D TUBE (20 COUNT) | 200 | 1.00 | 200.00 |
| **R253DT**<br>RHINO 25 8000 3D TUBE (20 COUNT) | 200 | 1.00 | 200.00 |
| **R126K3DT**<br>RHINO 12 6000 3D TUBE (20 COUNT) | 200 | 1.00 | 200.00 |
| **OZ5.8KHB**<br>ORGAGZEN 5800 HOLOGRAM BLISTER (30 COUNT) | 150 | 1.10 | 165.00 |
| **SEXY LADY**<br>SEXY LADY BLISTER (30 COUNT) | 150 | 1.10 | 165.00 |
| **SFG3DTC**<br>SPANISH FLY GREEN 20000 TUBE CROWN LOGO (24 COUNT) | 288 | 2.50 | 720.00 |
| **SFP3DTC**<br>SPANISH FLY PINK 22000 TUBE CROWN LOGO (24 COUNT) | 312 | 2.50 | 780.00 |
| **R73KBB**<br>RHINO 7 3000 BLISTER B-DARK BLUE (30 COUNT) | 900 | 0.75 | 675.00 |
| **R75KB2LRZ**<br>RHINO 7 5000 TUBE BLUE 2 LINE R ZONE (24 COUNT) | 1,200 | 2.25 | 2,700.00 |
| **R25T17K3DTK3DOB**<br>RHINO 25 TWIN 17000 3D TUBE KING LOGO W/ 3D OUTBOX (25 COUNT) | 250 | 1.50 | 375.00 |
| **R69T18K3DTK3DOB**<br>RHINO 69 TWIN 18000 3D TUBE KING LOGO W/ 3D OUTBOX (25 COUNT) | 125 | 1.50 | 187.50 |
| **R12T16K3DTK3DOB**<br>RHINO 12 TWIN 16000 3D TUBE KING LOGO W/ 3D OUTBOX (25 COUNT) | 125 | 1.50 | 187.50 |

Lee_010268



Certificate Unique ID: 9DPJ-CB26

## CERTIFICATE OF FREE SALE

1. Pursuant to the Provisions of Rule 44 of the Federal Rules of Civil Procedure, I hereby certify that the attached letter (and product list, if applicable), as described below, is a true copy of material on file in the Food and Drug Administration, Department of Health and Human Services and is a part of the official records of said Administration and Department.

Attachment Dated:
May 11, 2018
To Whom it May Concern
Regarding:
Black Stallion 111K (750mg)

Hasim Enterprise, 5241 Lincoln Ave, Cypress, CA 90630

2. In witness whereof, I have pursuant to the provisions of Title 42, United States Code, Section 3505, and the authority delegated by the Commissioner of Food and Drugs, hereto set my hand and cause the seal of the Department of Health and Human Services to be affixed this  11th day of May, 2018.

Robert J. Durkin

Robert Durkin, Esq., M.S., R.Ph.
Deputy Director, Office of Dietary Supplement Programs
Center for Food Safety and Applied Nutrition
U.S. Food and Drug Administration
By direction of the Secretary of Health and Human Services



THIS CERTIFICATE EXPIRES: May 11, 2020.

Lee_010270

1
2
3
4
5
6
7
8
9
10                              EXHIBIT D
11                      LETTERS FROM FAMILY
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Yoon Jung Lee (Eunice)
1515 W Domingo Rd
Fullerton CA 92833


December 22, 2020


Re: Nam Hyun Lee


Dear Honorable Judge,

My name is Yoon Jung Lee, the eldest child of Nam Hyun Lee.  I am writing this letter on behalf of my father, Nam Hyun Lee.  Although I've lived on my own over the past decade, my father is the type of person who calls or texts me just to check in and ensure that my needs are met.

My father, mother, two younger siblings and I lived in Orange County until my parents divorced in 2009. When we were living together as a family of 5, the children rarely had to worry about finances or meals and were able to enjoy middle-class childhoods .  His way of expressing love to the family was to ensure that we had sufficient finances and not worry about money as he grew up in poverty.  Hoping that we would live a better life, my father worked diligently to provide us with stable housing, food, clothing, and all other finances needed for our education and recreational activities.  Thanks to my father, my childhood memories are filled with numerous family road  trips, such as driving all the way to Washington DC, and many other nature spots that I still enjoy visiting on my own.  I recall the times when my family used to attend church services together on Sunday mornings then grab lunch and shop at the grocery store together, and my father would always buy abundant snacks for our family, his employees, and our neighbors.  My father was liked by our church members, our neighbors, and extended family for his generosity and willingness to help those in need.  He received many awards by local community organizations, with the most recent award by the Korean Prosecutors Association in September 2018.

Although my family had many good memories, our family was also troubled by his alcoholism and gambling habits, which was the main cause of the divorce.  Growing up, my mother used to tell us that he drank alcohol to cope with his troubled childhood.  As years passed by and I matured, I was able to notice cyclical patterns in his behavior.  There would be times (days, weeks or months) where he would drink as if there were no tomorrow. Even if my mother hid all the money and locked the doors, he would find a way to walk to the local liquor store to buy alcohol. But following those days, he would be "normal", which is when he would return to his self-employment work and we would go on our family trips.  Those days of normalcy were followed again by a period of impulsive and reckless decision-making and behavior (such as unwise business expansion).  During my childhood and teenage years, we saw these three types of behaviors repeat itself as a cycle.  All of my family members

recognized that something was wrong with him, but it didn't occur to our mother to seek help from a mental health specialist as mental illness is widely considered taboo in the Korean culture of our parents' generation and is often misunderstood and underdiagnosed.

Later on, as a student pursuing a master's degree in social work, I came to recognize that my father's cyclical patterns of behavior are symptoms of Bipolar Disorder Type I. During that lecture, we were learning about the diagnostic criteria for Bipolar Disorders according to the *Diagnostic and Statistical Manual of Mental Disorders, 5th Edition ("DSM-5")*, and my professor described how people affected by the illness might look like within society and how they often self-medicate themselves with alcohol and often don't realize their actual mental health needs. As soon as I heard those words, I began crying and had to step out of class because I recalled a time in high school when my father begged me to give him the alcohol that my mother had hidden somewhere in the house.  He was crying as he begged, saying that he needed to drink alcohol because it was medicine for him, and that it helped him feel better.

I have now spent several years as a senior social worker for  Orange County Social Services Agency, Child and Family Services, and am currently in the process of pursuing official licensure for clinical social work. Based on my experience interacting with individuals with mental health concerns, it would be my professional opinion that my father has been struggling for decades with undiagnosed Bipolar Disorder and that the lack of formal treatment has exacerbated his symptoms over time, including the behaviors that led to his current incarceration. As his daughter, I'm hoping that he'd be able to receive the proper treatment he needs as soon as possible, even if it means deportation to South Korea, and ask you to take my letter into consideration as you weigh his sentence.

Sincerely,

Yoon Jung Lee



존경하는 재판장님,

저는 한국에 사는  Nam Lee 동생 Young Hee Lee
입니다. 제 오빠가 그곳에서 몇년을 지내고
있다는게 너무 맘이아프듭니다.  미국이라는 큰
나라에서 더 좋은 미래를 살거라고 꿈을 가지고
가서 열심히 살고 있는줄만 알았으나 어떤일로
지금에 처지가 된거 같습니다..



맘이여린사람이고 판단에 실수가 있었나
하는생각이듭니다. 존경하는 재판장님 머나먼
미국에서 홀로 살려다보니 그랬나합니다. 이제
많은 생각과 후회가 될거라 생각이됩니다.

한국에 90 이 다되신 부모님이계십니다. 하나뿐인
아들 소식 매일매일 기다리십니다.  모쪼록 더 늦기전에 아들이 무사하단 소식을 들으실수 있게
선처해주시길 간절히 부탁드립니다.

몇년전에 암수술도 했다고들었습니다. 너무나 멀리있어 어찌할 방법도 몰라 여기 한국에 부모님은 매일
매일 하루를 보내시고 계십니다.저희 모든가족은 재판장님께 간절히 부탁드립니다.

이제 저희가 마주할수있게 도와주시길 바랍니다.

2020년 12월 21일, 이영희 드림


*The following is a translation of a letter written in Korean by Nam Lee's younger sister:*

Your Honor,

I am Young Hee Lee, younger sister of Nam Lee.  It breaks my heart to know that my brother has been in jail for years when his health condition is not entirely well. I thought he was living hard with a dream that he would live a better future in a big country called the United States.  He is a soft-hearted person and I think there was a mistake in his judgment. Your Honor, I believe it's because he has been living alone faraway in the U.S. and I'm sure he has many thoughts and regrets his wrongdoings.

Our parents who are almost 90 years old are waiting for him in Korea (shown in photo). They're looking forward to hearing from his only son every day. We sincerely ask you to please help us so that he can meet his elderly parents before it's too late as my brother also had surgery for colon cancer stage 3B a couple years ago.

Sincerely,

Young Hee Lee, December 21, 2020

Dear Judge,

All throughout my childhood, my dad made me believe that I was the most entertaining person in the world.  Even as a little girl at the age of maybe five or six, I knew that he loved me because he never spanked me except once when he tried to teach me how to tell time.  He always laughed with me, was good to me, and made me feel as if I will have my own talk show which would one day be a hit.

My dad is an adventurous and a hopeful man.  I always watched him work hard, how he made time to go on vacations with us, and saw him call his family in Korea often to keep in touch with our grandparents.  I think he's learned over the years that he can't waste time dwelling on bad things that have passed.  After my parents' divorce, I reconnected with my dad when he got diagnosed with colon cancer.  He is resilient, but my heart aches knowing that he's been in jail the past couple years with his medical history.

I really miss my dad.  He got arrested two months after my engagement, and our wedding plans changed because of his absence.  I gave birth to a beautiful boy during the pandemic this year, and all I can think of is for my dad to see and hold his first grandbaby.  He's always tried his best in taking care of us and his family, and I hope to do the same for mine.

Yours truly,

Yoon Ji Lee, second daughter of Nam Hyun Lee





Lemuel Lee
1515 W Domingo Rd
Fullerton, CA 92833

December 23, 2020

Your Honor:

I am writing to urge leniency in the sentencing of my father, Nam Hyun Lee.

As his son, I know the burdens he endured to provide for his family. I would like to give a perspective from my memories with him to show that he is not the man standing before you.

The Asian family dynamic is not as verbal as Americans; my father was not the type to directly express his feelings towards us through words but through gestures instead which made his actions misunderstood. After every fight we had, he would knock on my door with a plate of fruit he prepared himself to offer me. At first, I thought this was bothersome, but now I learned that it was his way of apologizing instead of directly saying "I'm sorry".

My fondest memory of my father was when I was still in elementary school. My parents had just divorced and my father's company at the time had declared bankruptcy. Both events strained his relationships with his children, but he was relentless to right his wrongs. He did not have a car for a few months after the divorce so he would walk me to school in the mornings. I can still feel the same excitement I got when I saw his smile every morning before we walked together. I know his love is as genuine for his children today as it was for me back then.

He and I are both aware of the gravity of the crimes convicted against him, however, the motive behind them is not criminal. It is agonizing to see him have to suffer for his actions when they were solely for his family's welfare. My father did whatever it took to see his children succeed in life and because of him, I am as I stand today.

Sincerely,

Lemuel Lee

1
2
3
4
5
6
7
8
9
10              EXHIBIT E
11       CERTIFICATES OF PARTICIPATION
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# SANTA ANA COLLEGE

## SCHOOL OF CONTINUING EDUCATION

### RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Participation

This is to certify that

## Nam Lee

Has **40** hours of instruction in

# English as a Second Language

_Steve Bonfiglia_
Instructor

December 9, 2020
Date

_Stephanie Paramore_
Associate Dean of Instruction

© 2015 Great Papers

SANTA ANA COLLEGE
SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Completion

This is to certify that

**Nam Lee**

has successfully completed

**English as a Second Language - Intermediate Low**

Patricia Coyle
Instructor

May 17th, 2020
Date



SANTA ANA COLLEGE
SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Participation

This is to certify that

*Nam Lee*

Has __32__ classes of instruction in

# English as a Second Language

*Patricia Coyle*
Instructor

May  9 , 2020
Date

*Stephanie Paramore*
Associate Dean of Instruction

# Certificate of Participation

## SANTA ANA COLLEGE
### SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

This is to certify that

*Nam Lee*

Has  23  classes of instruction in

# English as a Second Language

_Patricia Coyle_
Instructor

February 3, 2019
Date

_Stephanie Paramore_
Associate Dean of Instruction

# SANTA ANA COLLEGE
## SCHOOL OF CONTINUING EDUCATION
### RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Participation

This is to certify that

## Nam Lee

Has __13__ classes of instruction in

# English as a Second Language

_Patricia Cayle_
Instructor

December 2, 2019
Date

_Stephanie Paramore_
Associate Dean of Instruction

# Certificate of Completion

**SANTA ANA COLLEGE**
**SCHOOL OF CONTINUING EDUCATION**
**RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT**

This is to certify that

RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

*Nam Hyun Lee*

Has completed a course of instruction in

**Computer Applications**

All Instruction Provided in English only.

**MS Excel 2016**

*Quiroz, L.*
Instructor

*December 4, 2019*
Date

RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT
SANTA ANA COLLEGE/SCHOOL OF CONTINUING EDUCATION
CENTENNIAL EDUCATION CENTER

# Certificate of Completion

## General Office Clerk



Presented to

### Nam H. Le

*has completed the following career preparation courses:*

Vocational Business 124-Intro to Keyboarding I
Vocational Business 118-Introduction to Windows 10
Vocational Business 258-Navigating the Internet
Vocational Business 260-Introduction Word Processing/MS Word
Vocational Business 262-Introduction to Spreadsheets/MS Excel
Vocational Business 400-Employability Skills

_____
Career Education Adjunct Professor

_____
June 19, 2020
Date



SANTA ANA COLLEGE
SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Completion

RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

This is to certify that

*Nam H Lee*

Has completed a course of instruction in

**Computer Applications**

All Instruction Provided in English only.

**Employability Skills**

*Quincy L*
Instructor

*April 23, 2020*
Date

# Certificate of Completion

**SANTA ANA COLLEGE**
**SCHOOL OF CONTINUING EDUCATION**
**RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT**

This is to certify that

RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

*Nam Hyun Lee*

*Has completed a course of instruction in*

**Computer Applications**

All Instruction Provided in English only.

**Adobe PhotoShop CS6**

*Quincy L*
Instructor

*May 15, 2020*
Date

SANTA ANA COLLEGE
SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Completion

This is to certify that

RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

*Nam H Lee*

Has completed a course of instruction in

## Computer Applications

All Instruction Provided in English only

## MS PowerPoint 2016

_____
Instructor

_____
June 19, 2020
Date

# Certificate of Completion

**SANTA ANA COLLEGE**
**SCHOOL OF CONTINUING EDUCATION**
**RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT**

RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

This is to certify that

*Nam Lee*

Has completed a course of instruction in

**Computer Applications**

All Instruction Provided in English only.

**MS Word 2016**

_Thomas S._
Instructor

_December 23, 2019_
Date

SANTA ANA COLLEGE
SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Completion

RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

This is to certify that

*Nam Lee*

Has completed a course of instruction in

## Computer Applications

All Instruction Provided in English only.

## Intro to Windows 10

*Alvarez, O.*
Instructor

*December 23, 2019*
Date

# Certificate of Completion

SANTA ANA COLLEGE
SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

This is to certify that

*Nam Lee*

Has completed a course of instruction in

**Computer Applications**

All Instruction Provided in English only.

**Navigating the Internet**

*Quincy L*
Instructor

*January 21, 2020*
Date

# Certificate of Completion

**SANTA ANA COLLEGE**
**SCHOOL OF CONTINUING EDUCATION**
**RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT**

RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

This is to certify that

*Nam Lee*

Has completed a course of instruction in

**Computer Applications**

All Instruction Provided in English only.

**College Keyboarding I**

*Murray S.*
Instructor

*December 23, 2019*
Date

**SANTA ANA COLLEGE**
School of Continuing Education
Rancho Santiago Community College District

# High School Science Equivalency Certificate

This is to certify that



## Nam Lee

has met the standards established by the California State Board of Education for successful completion of the **Science HiSET** test for General Education Development and is therefore entitled to this certificate

_Carlos A. Michael_
Instructor

_February 12th, 2020_
Date

_Stephanie Fouxmouse_
Dean of Instruction

**SANTA ANA COLLEGE**
School of Continuing Education
Rancho Santiago Community College District

# High School Social Studies Equivalency Certificate

This is to certify that

## Nam Lee

has met the standards established by the California State Board of Education for successful completion of the **Social Studies HiSET** test for General Education Development and is therefore entitled to this certificate



_Carlos A. Michael_
Instructor

_December 30th, 2019_
Date

_Stephanie Fencamore_
Dean of Instruction

**SANTA ANA COLLEGE**
School of Continuing Education
Rancho Santiago Community College District

# High School Reading Equivalency Certificate

This is to certify that

## Nam Lee

has met the standards established by the California State Board of Education for successful completion of the **Reading HiSET** test for General Education Development and is therefore entitled to this certificate



_Carlos S. Michael_
Instructor

_April 15th, 2020_
Date

_Stephanie Fouinneau_
Dean of Instruction

**SANTA ANA COLLEGE**
School of Continuing Education
Rancho Santiago Community College District

# High School Math Equivalency Certificate

This is to certify that

RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

## Nam Lee

has met the standards established by the California State Board of Education for
successful completion of the **Math HiSET** test for General Education Development and
is therefore entitled to this certificate

_Carlos A. Michael_
Instructor

_March 11th, 2020_
Date

_Stephanie Foxximove_
Dean of Instruction

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT F

CHEMICAL ANALYSIS

| | |
|---|---|
| **From:** | McIntosh, Loan |
| **To:** | Aspling, David; Brent (LA) James; ████████████ |
| **Subject:** | FW: Operation Rhino - CBP LSSD Synopsis |
| **Date:** | Friday, November 02, 2018 9:22:54 PM |
| **Attachments:** | image001.png |

From the CBP Chemists. See below.

Sent with BlackBerry Work
(www.blackberry.com)

**From: HUTT, KEN C** ████████████████
**Date:** Friday, Nov 02, 2018, 4:26 PM
**To:** McIntosh, Loan ███████████
**Subject:** Operation Rhino - CBP LSSD Synopsis

Special Agent McIntosh,

Here is a synopsis of what we encountered during the operation:
Arrived at assigned locations ~ 0600 and waited until all clear. For Site 4 we were waiting at the CP until about 0900. At site 4 we were requested to test various products found in a small room with a cot where it appeared they were experimenting on formulations for various products. Within that room we tested items claimed as Kratom, CBD, and what appeared to be commercial products of male enhancement drinks + 1 female enhancement drink (similar to a 5 hour energy bottle). The items claimed as Kratom did contain mitragynine (active alkaloid in kratom). Some of the CBD products did test positive for CBD; however, one such product (Hemp Bombs capsules) contained phenibut (not approved by FDA). In addition to the CBD products, there was a powder that matched to CBD and another powder that contained CBD. 4 of 5 male enhancement energy drinks and the female enhancement drink were found to contain a sildenafil analogue or mixture. A total of 21 items were analyzed at Site 4. One issue we had at this site was the fact we were running back and forth between the room and the mobile lab for sampling and photographing. We probably should have just gone into the room and analyzed since there was electrical available inside the room, but we also didn't want to get in the way of anyone processing evidence. The other issue we had was we did not expect to be analyzing for CBD products. These are typically screened at the LAX facility with a GCMS instrument. Although we did positively identify CBD in a few of the products, we did not go on testing other CBD prodcuts, such as the CBD gummies and oils. Last lesson learned on this, is that we need to bring additional tables in the future as running the instrumentation from the mobile lab while the generator was going did make it a little difficult for analysis.
We arrived at Site 2 at about noon where we were requested to test unmarked/unpackaged capsules and bulk powders and a vacuum sealed bag of vials containing liquid. All but 1 of the capsules tested were found to contain sildenafil while the powders and liquid varied from sildenafil, tadalafil, dapoxetine and filler agents. We were fortunate enough to have space within this facility to bring in the equipment and test on-site instead of in the mobile lab.
From Site 2 & 4 my team tested 43 items, of which 17 were positive for the ED drugs listed in the warrant.
From all 4 sites the teams were at (Sites 1, 2, 4, and 5) we ended up testing a total of 62 items, of

which 25 were positive for the ED drugs listed in the warrant.

Overall. I believe this was a very successful mobile operation for us and we hope that we
expectations of the agents and officers involved with this investigation. We are always looking
more work outside of the lab in order to assist other agencies in and outside of the DHS um
keep U.S. consumers safe. Please let me know if you have any questions or requests for
investigations. Have a great weekend!

V/R





DHS.CBP.OS.LSSD-LALAB
Branch Chief Section 6
3265 N. Lakewood Blvd.
Long Beach, CA 90808

Normal Schedule: 0700-1630 M-F, RDO – 1st Thursday of PP, 8 Hr Day – 2nd Friday of PP

*"Insanity – doing the same thing over and over again and expecting different results." - Unknown*

Lee_001053