# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. **SACR 18-226JVS** | Date January 25, 2021 |
| Present: The Honorable | **James V. Selna, US District Court Judge** |
| Interpreter | Korean: Sue Mi Jones |

| Lisa Bredahl | Sharon Seffens | Jake Nare |
|---|---|---|
| *Deputy Clerk* | *Court Reporter.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **NAM HYUN LEE** | | X | X | **Michael Garey** | X | | X |

**Proceedings:** VIDEO CONFERENCE SENTENCING

Cause is called for hearing via video conference. The tentative sentencing memoradum was issued. Court and counsel confer. Sentencing is continued to February 9, 2021 at 9:00 a.m.

                                                                           :   10
                                          Initials of Deputy Clerk    lmb